IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
  Plaintiff

    v.

JACINTO REYNOSO HERNANDEZ
  Defendant

**CRIMINAL NO.** 05-316(JAG)

## REPORT AND RECOMMENDATION

On this date defendant appeared before the undersigned to plea guilty to Counts I and II of the indictment charging him with violating 21 U.S.C. §§ 841 and 952, to wit, possession with intent to distribute and importation of heroin. Defendant was represented by AFPD Rafael Andrade.. The government was represented by AUSA Myriam Fernández González. The parties duly executed a consent form permitting the undersigned to take defendant's plea, which was a straight one.

Upon observing defendant throughout the proceeding, as well as listening to his answers to the multiple questions posed by the Court, the undersigned finds him competent to enter a knowing and voluntary plea. More so, defendant acknowledged he was not coerced nor intimidated into entering the plea. Defendant was advised at the hearing of the minimum and maximum statutory penalties and fines he faces. He was also informed in what circumstances he could receive a sentence below the statutory minimum of five (5) years. In addition, defendant was informed that the Sentencing Guidelines are advisory. The undersigned also advised defendant of the constitutional rights he waives by entering a guilty plea.

Upon inquiry by the Court, defendant accepted all the elements of the offense outlined in Counts I and II of the indictment and that he acted knowingly and intentionally during the commission of the offenses.

It is thus recommended by the undersigned that defendant's guilty plea be accepted, and sentence be imposed upon him accordingly.

This report and recommendation is issued pursuant to 28 U.S.C. § 636 and Local Rule 72(d).

**CRIMINAL CASE NO.05-316 (JAG)**          2

    **SO RECOMMENDED.**

In San Juan, Puerto Rico, this 29th of November, 2005

*S/ Gustavo A. Gelpi*

**GUSTAVO A. GELPI**
United States Magistrate-Judge